**QUILL & ARROW LLP**
Kevin Y. Jacobson, Esq. (SBN 320532)
kjacobson@quillarrowlaw.com
Luis A. Serrano, Esq. (SBN 349024)
lserrano@quillarrowlaw.com
10880 Wilshire Blvd., Suite 1600
Los Angeles, California 90024

Attorneys for Plaintiff,
**EMAD SHEHATA AYAD**

**THETA LAW FIRM, LLP**
Soheyl Tahsildoost, Esq. (SBN 271294)
st@thetafirm.com
Mehgan Gallagher, Esq. (SBN 338699)
mg@thetafirm.com
12100 Wilshire Blvd., Suite 1070
Los Angeles, CA 90025

Attorneys for Defendant,
**MERCEDES-BENZ USA, LLC**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMAD SHEHATA AYAD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: 5:24-cv-01111-WLH-SK<br><br>Judge: Hon. Wesley L. Hsu<br><br>Magistrate Judge: Hon. Steve Kim<br><br>**JOINT NOTICE OF SETTLEMENT** |

1

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff, EMAD SHEHATA AYAD, and Defendant, MERCEDES-BENZ USA, LLC, (the "Parties"), jointly, write to advise this Court that they have settled this matter. The Parties request that the Court vacate any upcoming hearings and deadlines while the performance of the settlement terms is pending.

Once all terms of the settlement are completed and payment is received by Plaintiff, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 90 days.

Based on the foregoing, the Parties respectfully request that the Court Order that this action be dismissed without prejudice and the Court continue to retain jurisdiction over this action to enforce the terms of the settlement agreement.

Dated: May 1, 2025,                    QUILL & ARROW LLP

                                       By _____
                                          Kevin Y. Jacobson, Esq.
                                          Luis A. Serrano, Esq.
                                          Attorneys for Plaintiff,
                                          EMAD SHEHATA AYAD

Dated: May 6, 2025,                    THETA LAW FIRM, LLP

                                       By: /s/ Mehgan Gallagher
                                          Soheyl Tahsildoost, Esq.
                                          Mehgan Gallagher, Esq.
                                          Attorneys for Defendant,
                                          MERCEDES-BENZ USA, LLC.

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to <u>Mehgan Gallagher</u>, counsel for MERCEDES-BENZ USA, LLC, and that I have obtained authorization to affix their electronic signature to this document.

**QUILL & ARROW, LLP**

_____
Kevin Y. Jacobson, Esq.
Luis A. Serrano, Esq.
Attorneys for Plaintiff,
EMAD SHEHATA AYAD

JOINT NOTICE OF SETTLEMENT