# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMAD SHEHATA AYAD, an individual, | Case No.: 5:24-cv-01111-WLH-SK |
| Plaintiff, | |
| vs. | **ORDER RE DISMISSAL [31]** |
| MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, | |
| Defendant. | |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: 6/26/2025

_____

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE